No. 09-9517. **Paul Payne, Petitioner v. Tim LeMaster, Warden, et al.**

559 U.S. 1098, 130 S. Ct. 2384, 176 L. Ed. 2d 777, 2010 U.S. LEXIS 3596.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 351 Fed. Appx. 302.